CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE     DIVISION

| Indictment | (X) |
| Complaint | ( ) |
| Information | ( ) |
| Misdemeanor | () |
| Felony | (X) |
| Juvenile | ( ) |

County of Offense:     Davidson
AUSA's NAME:     Monica R. Morrison

Reviewed by AUSA:     MRM     𝓜𝓡𝓜
(Initials)

Gabryele Watson
Defendant's Full Name

315 Jockey Club Dr., Athens, GA
Defendant's Address

Interpreter Needed?     _____ Yes     X  No

If Yes, what language?     Spanish

N/A
Defendant's Attorney

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimums) | MAX. FINE |
|---|---|---|---|---|
| 1, 2 | 18 U.S.C. § 2261A | Cyberstalking | 5 years | $250,000 |
| 3 | 18 U.S.C. § 875(c) | Interstate Transmission of Threats to Kidnap or Injure | 5 years | $250,000 |
| | | Forfeiture | | |

*Pursuant to 18 U.S.C. §3014, the defendant may be subject to an additional $5000 special assessment.

Is the defendant currently in custody?     ( ) Yes  (X) No

If Yes, State or **Federal**? _____
Writ requested ( )

Has a complaint been filed?     ( ) Yes (X) No
   If Yes:  Name of Magistrate Judge _Case No.:_
            Was the defendant arrested on the complaint?     ( ) Yes  ( ) No

Has a search warrant been issued?     (X) Yes  ( ) No
   Yes:    Name of Magistrate Judge Frensley  Case No.:   24 mj-2118

Was bond set by Magistrate/District Judge:  ( ) Yes  ( ) No   (x) Not Applicable     Amount of bond: _____

Is this a Rule 20? ( ) Yes  (x) No     To/from what district? _____
Is this a Rule 40? ( ) Yes  (x) No     To/from what district? _____

Is this case related to a pending or previously filed case?  ( ) Yes     (x) No
   What is the related case number? _____
   Who is the Magistrate Judge? _____

Estimated trial time:     4 days

The Clerk will issue a (warrant)  (Note: if information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (x)  No ( )  Recommended conditions of release: _____
_____
_____